# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0498
_____

YVONNE NORMAND,

    Appellant,

v.

PADEN NORMAND,

    Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
David L. Stevens, Judge.

December 9, 2025

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Yvonne Normand, Appellant, pro se.

Paden Normand, Appellee, pro se.